UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Anthony W. Ishii  **RE: Patricia Antonia Smith**
Senior United States District Judge       **Docket Number:  0972 1:15CR00142-001**
Fresno, California                                       <u>**PERMISSION TO TRAVEL**</u>
                                                                     <u>**OUTSIDE THE COUNTRY**</u>


Your Honor:


Patricia Antonia Smith is requesting permission to travel to Rosarito, Mexico.   Patricia Antonia Smith is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**   On June 17, 2013, Patricia Antonia Smith was sentenced for the offense(s) of 21 USC 952, 960 – Importation of Methamphetamine.


**Sentence Imposed:**   57 months Bureau of Prisons, 5 years Supervised Release, $100 Special Assessment, Mandatory Drug Testing, Collection of DNA, Search, Travel Restrictions, Report all Vehicles


**Dates and Mode of Travel:**   August 5-8, 2016, personal vehicle 2003 Nissan Murano, California plate number 7NNA717.


**Purpose:**  Family trip with her partner and sister.


1

**RE:**   **Patricia Antonia Smith**
   **Docket Number:  0972 1:15CR00142-001**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Julie R. Martin

JULIE R. MARTIN
United States Probation Officer

Dated:   July 28, 2016
   Bakersfield, California
   JRM:jrm            /s/ Lonnie E. Stockton

**REVIEWED BY:**   **LONNIE E. STOCKTON**
   **United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:  July 28, 2016                                     _____
                                                                      SENIOR DISTRICT JUDGE