UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii      **RE: Patricia Antonia Smith**
Senior United States District Judge     **Docket Number: 0972 1:15CR00142-001**
Fresno, California     **PERMISSION TO TRAVEL**
    **OUTSIDE THE COUNTRY**

Your Honor:

Patricia Antonia Smith is requesting permission to travel to De las Bellas Artes Blvd., 17517 Garita de Otay, Tijuana, BC, Mexico 22430. Patricia Antonia Smith is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 17, 2013, Patricia Antonia Smith was sentenced for violation of 21 USC 952, 960 – Importation of Methamphetamine.

**Sentence Imposed:** 57 months Bureau of Prisons, 5 years Supervised Release, $100 Special Assessment, Mandatory Drug Testing, Collection of DNA, Search, Travel Restrictions, Report all Vehicles

**Dates and Mode of Travel:** June 8 thru 10, 2018. She will be driving her personal vehicle, a 2010 Kia Forte

**Purpose:** Vacation with her daughter.

**RE:   Patricia Antonia Smith
       Docket Number:  0972 1:15CR00142-001
       PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Jose Figueroa
JOSE FIGUEROA
United States Probation Officer

Dated:   May 10, 2018
         Bakersfield, California
         JAF

/s/ Lonnie E. Stockton

**REVIEWED BY:**   **LONNIE E. STOCKTON
                    United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  May 11, 2018                       _____
                                           SENIOR DISTRICT JUDGE

2